**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Menkr Ephrem,

Petitioner,

v.

Unknown Party, *et al.*,

Respondents.

No. CV-26-02508-PHX-JJT (JFM)

**ORDER**

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 3.) On September 8, 2026, Respondents filed a Status Report indicating Petitioner was removed from the United States on May 26, 2026. (Doc. 11.) Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 9th day of September, 2026.

Honorable John J. Tuchi
United States District Judge